IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TONYA ELIZABETH SLEDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 19-0128-CG-MU-C |
| | ) | |
| BP EXPLORATION & | ) | |
| PRODUCTION, INC., and BP | ) | |
| AMERICA PRODUCTION | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties having filed a Joint Stipulation for Dismissal on January 8, 2020 (Doc. 30), it is **ORDERED** that this matter be and is hereby **DISMISSED with prejudice**.[1]  Each party shall bear her or its own costs.

**DONE** and **ORDERED** this 9th day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, the Court finds Defendants' motion for summary judgment (Doc. 26) and Motion to Suspend Defendants' Expert Report Due Date (Doc. 29) to be **MOOT**.